JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KRAEMER,<br><br>    Plaintiff,<br><br>v.<br><br>UNOCAL TERMINATION ALLOWANCE PLAN, et al.,<br><br>    Defendants. | CASE NO. CV 08-2544 AHM (CWx)<br><br>JUDGMENT FOR DEFENDANTS |

After full consideration of the evidence, the pleadings, and all accompanying papers submitted by the parties, and for the reasons set forth in the Court's Order dated December 7, 2009, the Court finds that Defendants are entitled to judgment in their favor and against Plaintiff Wayne Kraemer ("Kraemer") as a matter of law.

Specifically, the Court finds that the Appeals Committee did not abuse its discretion when it found that Kraemer did not experience a Constructive Discharge resulting from the Change of Control that occurred when Unocal

Corporation was acquired by Chevron corporation. Therefore,

IT IS HEREBY ORDERED, JUDGED, AND DECREED that Defendants are entitled to judgment in their favor on all claims.

DATE: January 14, 2010

_____
A. Howard Matz
United States District Judge

2